

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Joshua Glenn Bohner, Appellant

No. 06-21-00128-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 51780-A).  Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment by deleting the assessment of $1,275.00 for attorney fees from the judgment.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Joshua Glenn Bohner, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 11, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk